**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT O'HARA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:19-cv-06248-PLA<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

　　IT IS ORDERED that fees and expenses in the amount of $3,500.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $400 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:　June 8, 2020

_____
THE HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

-1-

1  Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING

3  /s/ *Brian C. Shapiro*
   _____
4  Brian C. Shapiro
   Attorney for plaintiff Robert O'Hara

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26